IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIS FASULLO, Inmate #R30073,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-836-GPM** |
| ) | |
| **SAMUEL BURNS and RUDY MEMMEM,** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**MURPHY, Chief District Judge:**

On October 30, 2006, Plaintiff filed his complaint in this action against an Illinois Department of Corrections employee and a fellow inmate pursuant to 42 U.S.C. § 1983. The Court reviewed the complaint pursuant to 28 U.S.C. § 1915A and found that Plaintiff failed to state any claims. Accordingly, on April 20, 2007, the Court dismissed the action. On May 2, 2007, Plaintiff filed a motion to alter or amend judgment, which the Court denied on May 16, 2007. Three more motions challenging the dismissal were denied on August 21, 2007 (Doc. 26), yet Plaintiff persists.

Currently pending before the Court are Plaintiff's motions pursuant to Federal Rule of Civil Procedure 11(c)(2)(b) (Doc. 27), for summary judgment (Doc. 28), for a fact finder (Doc. 29), and for a hearing (Doc. 30). Each of these motions is **DENIED**. Because this case is closed, the Clerk of Court is **DIRECTED to return, UNFILED, any and all further documents** submitted by or on behalf of Plaintiff Fasullo in this action, *EXCEPT for a clearly stated notice of appeal.*

**IT IS SO ORDERED.**

DATED: 09/10/07

s/ G. Patrick Murphy
G. Patrick Murphy
Chief United States District Judge